

23-55312_Augustus ER.pdf

Sign In