UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONECIA L. AUGUSTUS and MARK AUGUSTUS, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> COUNTY OF LOS ANGELES; et al., <br><br> Defendants - Appellees. | No. 23-55312 <br><br> D.C. No. 2:20-cv-11255-FLA-RAO <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered February 23, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT